**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Lary VON ZAMFT, Defendant-Appellant.**

**No. 30535.**

United States Court of Appeals,
Fifth Circuit.

June 15, 1971.

Rehearing Denied and Rehearing En Banc Denied Sept. 16, 1971.

Samuel E. Smith, Von Zamft & Smith, Saul T. Von Zamft, Miami, Fla., Harold Ungerleider, Miami, Fla., for appellant.

Robert W. Rust, U. S. Atty., Kenneth G. Oertel, Asst. U. S. Atty., Miami, Fla., for appellee.

Before COLEMAN, GOLDBERG, and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

## ON PETITION FOR REHEARING AND PETITION FOR REHEARING EN BANC

PER CURIAM:

The Petition for Rehearing is denied and no member of this panel nor Judge in regular active service on the Court having requested that the Court be polled on rehearing en banc, (Rule 35 Federal Rules of Appellate Procedure; Local Fifth Circuit Rule 12) the Petition for Rehearing En Banc is denied.

**Elmer H. DUDLEY, Petitioner-Appellant,**

v.

**Leroy N. STYNCHCOMBE, Respondent-Appellee.**

**No. 71-1137.**

United States Court of Appeals,
Fifth Circuit.

June 8, 1971.

Floyd M. Buford, Macon, Ga., for petitioner-appellant.

Lewis R. Slaton, Dist. Atty., Atlanta Judicial Circuit, Carter Goode, Tony H. Hight, Asst. Dist. Attys., Atlanta, Ga., for respondent-appellee.

Before GEWIN, BELL and MORGAN, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

---

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.